IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| R.H., *a minor, by and through his legal guardian* *Akram Hassan*,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS HEALTH & HUMAN SERVICES, COMMISSION and UNITEDHEALTHCARE COMMUNITY PLAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:25-CV-1900-RP |

## **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Plaintiff R.H.'s ("Plaintiff") complaint, (Dkt. 1), and motion for temporary restraining order, (Dkt. 1), pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 7). In his report and recommendation, Judge Howell recommends that the Court deny Plaintiff's motion for temporary restraining order. (*Id.* at 3–4). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 8). Plaintiff also filed a supplement to his objections, (Dkt. 9), a packet of documents many of which are titled "motion," (Dkt. 10), a supplemental packet of documents including notices, (Dkt. 11), a packet of additional supplementary materials, (Dkt. 12), another packet of materials, (Dkt. 13), a motion to correct the docket, (Dkt. 14), a supplement to that motion, (Dkt. 15), another notice, (Dkt. 16), another motion to correct, (Dkt. 17), another notice, (Dkt. 19), another notice, (Dkt. 20), another motion for temporary restraining order, (Dkt. 21), a supplement to that motion for temporary restraining order, (Dkt. 22), a proposed order, (Dkt. 23), and affidavits and other exhibits, (Dkts. 24-28). The Court construes all of

Plaintiff's filings as Plaintiff's objections to the report and recommendation since the submissions appear to relate to Plaintiff's underlying motion for temporary restraining order.

Defendants have not yet appeared in the case. (*See* Summons, Dkt. 18).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. 28 U.S.C. § 636(b). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 7), is **ADOPTED**. **IT IS FURTHER ORDERED** that Plaintiff's motion to supplement, (Dkt. 13), is **GRANTED IN PART** and **DENIED IN PART**. The Court **GRANTS** Plaintiff's motion to supplement to the extent that the Court considered Plaintiff's submissions and **DENIES** any motions and requests for relief that were embedded in the motion to supplement materials.

**IT IS FURTHER ORDERED** that Plaintiff's motions, (Dkts. 14, 15, 17, 21), are **DENIED** for the reasons given in the report and recommendation and as repetitive of previously-filed motions.

**IT IS FINALLY ORDERED** that, for clarity, any additional motions or requests for relief that are embedded in Plaintiff's submissions are **DENIED**.

Plaintiff is cautioned that he must follow the Federal Rules of Civil Procedure and the Local Rules for the Western District of Texas. If Plaintiff continues to violate the Local Rules, file

repetitive motions, or file submissions that are designed to harass the Court, Plaintiff's in forma pauperis status may be revoked.

      **SIGNED** on March 6, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE