IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

R.H., a minor, by and through his
legal guardian Akram Hassan,
*Plaintiff,*

v.                                                            Civil Action No. 1:25-cv-01900-RP

TEXAS HEALTH & HUMAN SERVICES
COMMISSION;
UNITEDHEALTHCARE COMMUNITY PLAN,
*Defendants.*

---

## SUPPLEMENTAL CERTIFICATE OF SERVICE

*Confirming Service via USPS Priority Mail with Signature Confirmation*

I, Akram Hassan, proceeding *pro se* as the legal guardian of the minor Plaintiff R.H., hereby certify under penalty of perjury that on **March 11, 2026**, true and correct copies of the following documents were formally deposited with the United States Postal Service (USPS) for delivery:

- **Plaintiff's Emergency Motion to Confirm Effective Service Under Rule 5(b)(2)(C);**

- Plaintiff's Motion for Preliminary Injunction (ECF No. 33);

- Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 32);

- All associated Exhibits (K-1 through K-11), properly separated by designated cover sheets.

Because the packages were deposited after the final daily USPS collection, the official USPS shipping labels reflect a mailing date of **March 12, 2026**. Service was effected by

1

mailing pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) via **USPS Priority Mail with Signature Confirmation**. The physical tracking information is as follows:

---

**1. Defendant: Texas Health and Human Services Commission (HHSC)**
USPS Tracking Number: **9410 8508 9956 1000 5716 84**

**2. Defendant: UnitedHealthcare Community Plan**
USPS Tracking Number: **9410 8508 9956 3000 7680 02**

**3. Counsel for State Agency: Office of the Attorney General of Texas**
USPS Tracking Number: **9410 8508 9956 1000 5716 91**

---

Delivery confirmation and signature records are available through the USPS tracking system and will be provided to the Court upon request. This filing confirms that Defendants have been provided formal notice of the emergency relief sought.

---

Respectfully submitted this 12th day of March, 2026.

/s/ Akram Hassan
**Akram Hassan**
Pro Se Guardian of R.H. (minor)
6002 Destiny Park Ct
Katy, Texas 77449
Phone: 832-359-2425
Email: evotechitllc@gmail.com